**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CLAYTON HOWE | No.: 2:25-cr-00183-JAW |

**PROSECUTION VERSION**

If this matter were to proceed to trial, the government would prove the following beyond a reasonable doubt:

From at least June 18, 2024, through about August 15, 2025, CLAYTON HOWE, the defendant, resided at 138 Old County Road in Bryant Pond, Maine (the "Subject Residence"). During that time period, HOWE was a drug user, and he allowed a variety of different individuals to reside at the Subject Residence in exchange for drugs—typically fentanyl—which HOWE would consume. For example, during a search of the Subject Residence on about June 18, 2024, law enforcement recovered 2 loaded firearms, approximately $1000 in U.S. currency, approximately 170 grams of methamphetamine, approximately 100 grams of fentanyl, as well as other contraband. The items recovered from the search belonged to a juvenile associate of the Trinitario street gang who was selling drugs out of the Subject Residence, and who was compensating HOWE by providing him with drugs for his own use. In about August 2025, law enforcement identified another set of Trinitario gang members who were staying with HOWE and trapping drugs out of the Subject Residence pursuant to a similar arrangement.

Dated: October 16, 2026

Respectfully Submitted,

ANDREW B. BENSON
UNITED STATES ATTORNEY

*/s/Noah Falk*

Noah Falk
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
Portland, Maine 04101
(207) 780-3257
Noah.Falk@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2026, I electronically filed the foregoing PROSECUTION VERSION with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

ANDREW B. BENSON
United States Attorney

By: /s/ Kate Whalen
Paralegal Specialist

On Behalf Of: Noah Falk
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street
Portland, ME 04101
(207) 780-3257
Noah.Falk@usdoj.gov